United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Damadrick Hugley, Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 16-24880-Civ-Scola |
| J&S Towing and Transport Services, | ) |
| Inc. and Juan Ruiz, Defendants. | ) |

### Default Judgment

The Plaintiff has moved for a default judgment consistent with Federal Rule of Civil Procedure 55(b)(2). Previously, the Clerk of the Court entered a default under Rule 55(a). "A defendant, by his default, admits the plaintiff's well-pleaded allegations of fact," as set forth in the operative complaint. *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). In issuing a default judgment, a court may award damages "without a hearing [if the] amount claimed is a liquidated sum or one capable of mathematical calculation," as long as "all essential evidence is already of record." *S.E.C. v. Smyth*, 420 F.3d 1225, 1231, 1232 n.13 (11th Cir. 2005) (quoting *Adolph Coors Co. v. Movement Against Racism & the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985)).

The Complaint alleges that the Defendants violated the Fair Labor Standards Act by failing to pay the Plaintiff required overtime compensation. The Plaintiff has filed an affidavit establishing that he suffered damages in the amount of $8,400.00, consisting of $4,200.00 in statutory damages, plus $4,200.00 in liquidated damages. (*See* Mot. for Judgment, with corresponding exhibits, ECF No. 14.)

After having considered the Motion, the record, and the relevant legal authorities, the Court **grants** the Motion for Judgment (ECF No. 14). The Court **enters judgment** in favor of the Plaintiff, Damadrick Hugley, and against the Defendants J&S Towing and Transport Services, Inc. and Juan Ruiz, jointly and severally, in the amount of $8,400.00, for which sum let execution issue. Interest upon this judgment amount will accrue at the applicable legal rate. The Defendants' last known address was 6820 S.W. 1st Street, Miami, Florida 33144. The Court **directs** the Clerk to **close** this matter.

**Done and ordered** at Miami, Florida, on January 25, 2017.

Robert N. Scola, Jr.
United States District Judge