UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-24880-SCOLA/OTAZO-REYES

DAMADRICK HUGLEY,

    Plaintiff,

v.

J&S TOWING AND TRANSPORT SERVICES, INC.,
a Florida corporation, and JUAN
RUIZ, individually,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Damadrick Hugley's ("Plaintiff") Motion for Contempt for Violation of Court Order and for Sanctions (hereafter, "Motion for Contempt") [D.E. 20]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 21]. On October 2, 2017, Plaintiff filed a Notice of Filing Satisfaction of Judgment (hereafter, "Notice") [D.E. 23]. Therefore, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for Contempt [D.E. 20] is DENIED AS MOOT in light of Plaintiff's Notice [D.E. 23].

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of November, 2017.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

United States District Judge Robert N. Scola, Jr.
Counsel of Record

Copies via U.S. mail to:

J&S Towing and Transport Services, Inc.
Attn: Juan Ruiz, President and Registered Agent
6820 S.W. 1st Street
Miami, FL 33144

Juan Ruiz
6820 S.W. 1st Street
Miami, FL 33144